UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

CHEYENNE GREGGS,

            Plaintiff,                           Case No. 1:13cv1130

v.                                                       Hon. Robert J. Jonker

ANDREWS UNIVERSITY, et al.,

            Defendant.
_____/

## ORDER
## APPROVING AND ADOPTING REPORT AND RECOMMENDATION

      The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on February 9, 2015. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed February 9, 2015, is approved and adopted as the opinion of the court.

      **IT IS FURTHER ORDERED** that Defendant Andrew University's Motion to Dismiss (docket #26) is **GRANTED** and this matter is **DISMISSED.**

                                                             /s/ Robert J. Jonker
                                                               ROBERT J. JONKER
                                                       UNITED STATES DISTRICT JUDGE

DATED:  March 5, 2015.